UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| HAROLD BRUCE SHEEHAN, II, | ) | |
|     Plaintiff, | ) ) ) | |
| v. | ) ) | Cause No. 1:14-CV-324-HAB |
| DEPUTY CHRISTOPHER MORIARITY, DEPUTY BRANDON CHORDAS, OFFICER ERICK KEIRN, OFFICER TYLER BARRIENTES, OFFICER RICHARD WILLIAMS, OFFICER RYAN MORRISON, and SERGEANT ELIZABETH ROEHM, | ) ) ) ) ) ) ) ) | |
|     Defendants. | ) | |

**VERDICT FORM**

We, the jury, unanimously agree on the answers to the following:

**I.    Liability**

1. Has the Plaintiff, Harold Bruce Sheehan, II, proved by a preponderance of the evidence his claim of excessive force against Defendant Christopher Moriarity?

    Yes _____    No __X__

2. Has the Plaintiff, Harold Bruce Sheehan, II, proved by a preponderance of the evidence his claim of excessive force against Defendant Brandon Chordas?

    Yes _____    No __X__

3. Has the Plaintiff, Harold Bruce Sheehan, II, proved by a preponderance of the evidence his claim of excessive force against Defendant Erick Keirn?

    Yes _____    No __X__

34

4. Has the Plaintiff, Harold Bruce Sheehan, II, proved by a preponderance of the evidence his claim for failure to intervene against Defendant Tyler Barrientes?

Yes _____   No __X__

5. Has the Plaintiff, Harold Bruce Sheehan, II, proved by a preponderance of the evidence his claim of excessive force against Defendant Richard Williams?

Yes _____   No __X__

6. Has the Plaintiff, Harold Bruce Sheehan, II, proved by a preponderance of the evidence his claim of excessive force against Defendant Ryan Morrison?

Yes _____   No __X__

7. Has the Plaintiff, Harold Bruce Sheehan, II, proved by a preponderance of the evidence his claim for failure to intervene against Defendant Elizabeth Roehm?

Yes _____   No __X__

(If your answer to any one of Questions 1, 2, 3, 4, 5, 6, or 7 was "Yes," go on to answer Questions 8–22. If your answers to Questions 1, 2, 3, 4, 5, 6, and 7 are all "No," then you must not answer any other questions. Your verdict will then be in favor of all Defendants and against the Plaintiff. The presiding juror must then sign and date the verdict form and notify the deputy.)

## II. COMPENSATORY DAMAGES

(Answer Question 8 only if you answered "Yes" to Question 1.)

8. Under the law as given to you in the Court's Final Instructions, what amount of compensatory damages, if any, has the Plaintiff, Bruce Harold Sheehan, II, proved he sustained as a result of Defendant Christopher Moriarity's actions?

Amount of Compensatory Damages: $_____

35

(Answer Question 9 only if you answered "Yes" to Question 2.)

9. Under the law as given to you in the Court's Final Instructions, what amount of compensatory damages, if any, has the Plaintiff, Bruce Harold Sheehan, II, proved he sustained as a result of Defendant Brandon Chordas' actions?

Amount of Compensatory Damages: $_____

(Answer Question 10 only if you answered "Yes" to Question 3.)

10. Under the law as given to you in the Court's Final Instructions, what amount of compensatory damages, if any, has the Plaintiff, Bruce Harold Sheehan, II, proved he sustained as a result of Defendant Erick Keirn's actions?

Amount of Compensatory Damages: $_____

(Answer Question 11 only if you answered "Yes" to Question 4.)

11. Under the law as given to you in the Court's Final Instructions, what amount of compensatory damages, if any, has the Plaintiff, Bruce Harold Sheehan, II, proved he sustained as a result of Defendant Tyler Barrientes' actions?

Amount of Compensatory Damages: $_____

(Answer Question 12 only if you answered "Yes" to Question 5.)

12. Under the law as given to you in the Court's Final Instructions, what amount of compensatory damages, if any, has the Plaintiff, Bruce Harold Sheehan, II, proved he sustained as a result of Defendant Richard Williams' actions?

Amount of Compensatory Damages: $_____

(Answer Question 13 only if you answered "Yes" to Question 6.)

13. Under the law as given to you in the Court's Final Instructions, what amount of compensatory damages, if any, has the Plaintiff, Bruce Harold Sheehan, II, proved he sustained as a result of Defendant Ryan Morrison's actions?

Amount of Compensatory Damages: $_____

(Answer Question 14 only if you answered "Yes" to Question 7.)

14. Under the law as given to you in the Court's Final Instructions, what amount of compensatory damages, if any, has the Plaintiff, Bruce Harold Sheehan, II, proved he sustained as a result of Defendant Elizabeth Roehm's actions?

Amount of Compensatory Damages: $_____

### III. PUNITIVE DAMAGES

(Answer Question 15 only if you answered "Yes" to Question No. 1.)

15. Under the law as given to you in the Court's Final Instruction No. 27, what amount of punitive damages, if any, result from Defendant Christopher Moriarity's actions?

Amount of Punitive Damages: $_____

(Answer Question 16 only if you answered "Yes" to Question No. 2.)

16. Under the law as given to you in the Court's Final Instruction No. 27, what amount of punitive damages, if any, result from Defendant Brandon Chordas' actions?

Amount of Punitive Damages: $_____

(Answer Question 17 only if you answered "Yes" to Question No. 3.)

17. Under the law as given to you in the Court's Final Instruction No. 27, what amount of punitive damages, if any, result from Defendant Erick Keirn's actions?

Amount of Punitive Damages: $_____

(Answer Question 18 only if you answered "Yes" to Question No. 4.)

18. Under the law as given to you in the Court's Final Instruction No. 27, what amount of punitive damages, if any, result from Defendant Tyler Barrientes' actions?

Amount of Punitive Damages: $_____

(Answer Question 19 only if you answered "Yes" to Question No. 5.)

19. Under the law as given to you in the Court's Final Instruction No. 27, what amount of punitive damages, if any, result from Defendant Richard Williams' actions?

Amount of Punitive Damages: $_____

(Answer Question 20 only if you answered "Yes" to Question No. 6.)

20. Under the law as given to you in the Court's Final Instruction No. 27, what amount of punitive damages, if any, result from Defendant Ryan Morrison's actions?

Amount of Punitive Damages: $_____

(Answer Question 21 only if you answered "Yes" to Question No. 7.)

21. Under the law as given to you in the Court's Final Instruction No. 27, what amount of punitive damages, if any, result from Defendant Elizabeth Roehm's actions?

Amount of Punitive Damages: $_____

## IV. TOTAL DAMAGES

22. Please state the total amount of compensatory and punitive damages you are awarding to the Plaintiff, Harold Bruce Sheehan, II, as a result of your answers to Questions 8 through 21.

Total Amount of Compensatory and Punitive Damages: $_____

The Foreperson should sign and date this verdict form.

Date: 10/3/19                                    Foreperson: ███████

/s/Foreperson